JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERTO HINOJOSA MEDINA,** | NO. LA CV 22-00368-MAA |
| Petitioner, | JUDGMENT |
| v. | |
| **MATTHEW MCVAY (Warden),** | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent warden and against the petitioner.

IT IS SO ADJUDGED.

DATED: September 12, 2024                    /s/ Valerie Baker Fairbank

                                                               VALERIE BAKER FAIRBANK
                                                               UNITED STATES DISTRICT JUDGE